```
 1  BENJAMIN W. WAGNER
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) CASE NO. 1:01MJ2266
                                     )
12              Plaintiff,           )
                                     ) MOTION AND ORDER TO UNSEAL
13        v.                         ) CRIMINAL COMPLAINT
                                     ) AND ARREST WARRANT
14  ANTONIO APARICIO-CONTRERAS,      )
                                     )
15              Defendant.           )
                                     )
16

17        The criminal complaint and arrest warrant in this case, were sealed by Order of this Court

18  pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. It appears that they no longer

19  need remain secret.  We request that they be unsealed.

20                                           Respectfully Submitted,

21
    DATED:  October 17, 2011                 BENJAMIN W. WAGNER
22                                           United States Attorney

23
                                             By  /S/ Kevin P. Rooney
24                                               KEVIN P. ROONEY
                                                 Assistant U.S. Attorney
25
```

1

| | |
|---|---|
| 1 | BENJAMIN W. WAGNER |
| | United States Attorney |
| 2 | KEVIN P. ROONEY |
| | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
| | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:01MJ2266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER TO UNSEAL |
| v. | ) | CRIMINAL COMPLAINT |
| | ) | AND ARREST WARRANT |
| ANTONIO APARICIO-CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the criminal complaint and arrest warrant be unsealed and made public record.

IT IS SO ORDERED.

Dated: **October 17, 2011**         /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE